```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

RAFAEL FONTANEZ-GOMEZ                                      PETITIONER

VS.                          CIVIL ACTION NO. 5:04cv231-DCB-JCS

CONSTANCE REESE, WARDEN                                    RESPONDENT

## FINAL JUDGMENT

This cause is before the Court on Magistrate Judge James C. Sumner's Report and Recommendation [**docket entry no. 19**], which recommends that the petitioner's Petition for a Writ of Habeas Corpus [**docket entry no. 1**] be dismissed without prejudice, and the Court having adopted the Report and Recommendation of even date herewith. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

SO ORDERED, this the 22nd day of December, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE